# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERTO CONCEPCION, | : | CIVIL NO. 3:17-cv-2171 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| L. ODDO, WARDEN, FCI ALLENWOOD, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, to wit, this 22nd day of August 2018, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. Petitioner's motions (Docs. 12, 13, 17-19) are DENIED.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**